Certificate Number: _____

Bankruptcy Case Number: _____

# **C**ERTIFICATE **O**F **D**EBTOR **E**DUCATION

I certify that on _____, at _____ o'clock _____,

_____ completed a course on personal financial

management given _____ by

_____,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the _____.

Date:_____     By    _____

                                Name  _____

                                Title _____