# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re )<br>)<br>JOHN A ALEXANDER, )<br>)<br>Debtor(s) )<br>)<br>_____ ) | In Chapter 13 Proceeding<br>No. 07-40277<br><br>MOTION TO REFINANCE REAL PROPERTY TO OBTAIN A FIXED INTEREST RATE |

**COMES NOW** the debtor(s), by and through their attorney(s) SUSAN H. SEELYE AND ELLEN ANN BROWN, and move this Court for an Order allow them to REFINANCE their real property located at 2318 19TH St Place SE, Puyallup, WA 98374.

1. The Debtor filed Chapter 13 Bankruptcy on 1/31/07

2. The Debtor desires to refinance the real property located at 2318 19th St Place SE, Puyallup, WA 98374. A copy of the Good Faith Estimate is attached.

3. Debtor will not receive any money to pay creditors with but will obtain a fixed loan at 6.25% interest at $1754.19 per month. As debtor's current loan is due to adjust to an amount higher than this amount it is requested that he be allowed to refinance his mortgage and pay off his first and second mortgage and make the new mortgage payment outside of the Plan.

4. Debtor will amend his plan upon the refinance of the property it is expected that unsecured creditors will receive the same distribution as debtor is currently in a 100% repayment plan.

**MOTION TO REFINANCE**
1

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958
Fax 253-274-1200

Therefore, Debtor requests he be allowed to REFINANCE and pay off his mortgage loans and enter into a fixed rate loan to be paid outside the Plan.

RESPECTFULLY SUBMITTED September 27, 2008

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN, WSBA 28825

**MOTION TO REFINANCE**
**2**

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958
Fax 253-274-1200