HONORABLE PAUL B SNYDER
HEARING DATE: February 19, 2009
TIME: 1:00 pm
RESPONSE DATE: February 12, 2009
CHAPTER 13
TACOMA, WA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re<br><br>JOHN A ALEXANDER<br><br>Debtor(s) | In Chapter 13 Proceeding<br>No. 07-40277<br><br>Notice of Hearing<br>and Motion Modify to<br>Amended Chapter 13 Plan<br>Filed 1/24/09 & Forgive Arrears<br>& Additional Attorney Fees |

TO: Clerk of Court, U.S. Trustee; Debtor(s); Chapter 13 Trustee, all creditors

Please take note that the issue of law in this case will be heard on the date below and the Clerk is requested to note this issue on the motion docket for that day.

HEARING DATE: February 19, 2009          TIME: 1:00 pm

PLACE: 1717 Pacific Ave                              JUDGE:  Paul B Snyder
       Courtroom H
       Tacoma, WA 98402

IF YOU OPPOSE the Motion, you must file your written response with the Court Clerk, serve two copies on the Judge's chambers, serve one copy on the undersigned attorney, and serve one copy of your response on each of the persons set forth on the Certificate of Service attached hereto, NO LATER THAN THE RESPONSE DATE, which is **February 12, 2009**

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

Dated: January 24, 2009

/s/ Ellen Ann Brown
_____
Susan H. Seelye,  WSB 28825
Ellen A. Brown, WSB 27992
Attorney(s) for Debtor(s)

NOTICE OF HEARING AND MOTION FOR
APPROVAL OF CHAPTER 13 MODIFIED PLAN      1

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958

## MOTION TO MODIFY CHAPTER 13 PLAN, FORGIVE ARREARS AND AWARD ADDITIONAL ATTORNEY FEES

COMES NOW the Debtor(s), by and through their attorneys of record, the law offices of BROWN AND SEELYE PLLC, and move the Court for an order confirming the Debtor's Modified Amended Chapter 13 Plan filed 1/24/09 as follows.

**Case Information:** This case was filed on 1/13/07 and has been confirmed.

**Reason for Amendment:** The Plan is Modified to reflect the Debtor's current financial situation and to surrender the home. Schedule J has been amended to reflect the Debtor's financial situation.

**How Creditors will be affected:** Unsecured creditors will receive less of a distribution through the Modified Plan and are expected to receive no future payments.

**Forgive Arrears:** Debtors request that $9875.00 in arrears be forgiven in order to bring the plan current.

**Attorney Fees:** Attorney fees are requested in the amount of $500.00 for 1 hour meeting with the Debtors and preparing amended Plan on 1/21/09 and for 1 hour for preparation of this motion and order and filing with the court on 1/24/09. Attorney fees are billed at $250.00 per hour. Costs are requested in the amount of $22.94 for copying and postage.

NOTICE OF HEARING AND MOTION FOR
APPROVAL OF CHAPTER 13 MODIFIED PLAN     2

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958

Case 07-40277-PBS    Doc 29    Filed 01/24/09    Entered 01/24/09 15:38:30    Page 2 of 3

WHEREFORE, Debtor(s) move this Court for an Order Modifying the Chapter 13 Plan to the Amended Plan filed 1/24/09, forgiving arrears in the amount of $9875.00 and awarding additional attorney fees and costs.

RESPECTFULLY SUBMITTED January 24, 2009

BROWN AND SEELYE PLLC
Attorneys for Debtors

/s/ Ellen Ann Brown

Ellen Ann Brown WSB27992

## CERTIFICATE OF SERVICE

THE UNDERSIGNED hereby certifies:

On the date set forth below, I caused to be delivered by the method indicated below, a true and correct copy of **NOTICE OF HEARING AND MOTION TO MODIFY PLAN TO AMENDED PLAN FILED 1/24/09, PROPOSED ORDER, AND AMENDED PLAN FILED 1/24/09** properly addressed to the debtor(s) and each of the following:

| ELECTRONIC NOTICED | FIRST CLASS MAIL TO: |
|---|---|
| David M. Howe<br>Chapter 13 Trustee<br>PO BOX 1255<br>Tacoma, WA 98401 | |
| Office of the U.S. Trustee<br>1200 Sixth Ave. #600<br>Seattle, WA 98101 | all parties who are listed on<br>the ECF mailing matrix |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed at Tacoma, Washington on January 24, 2009

/s/ Ellen Ann Brown

Ellen Ann Brown
Attorney at Law

NOTICE OF HEARING AND MOTION FOR
APPROVAL OF CHAPTER 13 MODIFIED PLAN      3

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958