| | |
|---|---|
| ROUTH CRABTREE OLSEN, P.S.<br>3535 FACTORIA BLVD. SE, SUITE 200<br>BELLEVUE, WA 98006<br>TELEPHONE (425) 458-2121<br>FACSIMILE (425) 458-2131 | Honorable Judge Paul B. Snyder<br>Chapter 13<br>Hearing Location: Tacoma<br>Hearing Date: January 29, 2009<br>Hearing Time: 1:00 pm<br>Response Date: January 22, 2009 |

FILED
LODGED
RECEIVED

JAN 23 2009

MARK L. HATCHER
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

John A Alexander

                            Debtor.

No.: 07-40277-PBS

ORDER GRANTING RELIEF FROM STAY
To Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4

    This matter came before the Court upon Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4's motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4's motion and further as to the property located at 2318 19th Street Place SE, Puyallup, Washington 98374 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

    ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4, its successors

Order Granting Relief From Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4's motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

JAN 2 8 2009

_____
U.S. Bankruptcy Judge Paul B. Snyder

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ Melissa Williams 40644 for James K. Miersma
James K. Miersma, WSBA# 22062
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 • FACSIMILE (425) 458-2131

Case 07-40277-PBS    Doc 32    Filed 01/28/09    Entered 01/28/09 13:53:02    Page 2 of 2