THE HONORABLE PAUL B SNYDER
CHAPTER 13
HEARING DATE: 2/19/09
TIME: 1:00 P.M.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re: ) Bankruptcy No. 07-40277
)
JOHN A ALEXANDER )
) ORDER APPROVING MOTION TO
Debtor(s). ) MODIFY PLAN TO AMENDED PLAN
) FILED 1/24/09 FORGIVE ARREARS AND
) AWARD ADDITIONAL ATTORNEY FEES

The Debtor's modified plan filed 1/24/09 having been filed with the Court and the plan having been available to creditors, having no objections been made to the court or to attorney for Debtors, the Court after notice orders the following:

1. The amended plan complies with the provisions of chapter 13 and all other applicable provisions of title 11 of the United States Code;
2. The filing fee and all other amounts required to be paid to date have been paid;
3. The amended plan has been proposed in good faith and not by any means forbidden by law;
4. The value as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claims if the estate of the Debtor were liquidated under chapter 7 of the Bankruptcy Code on such date;

It is ORDERED that:

1. The Debtor's chapter 13 plan is modified to the Amended Plan filed 1/24/09
2. The trustee shall make payments in accordance with the Debtor's amended plan.
3. Arrears in the amount of $9875.00 are forgiven without recapture.
4. Additional attorney fees are awarded to Brown and Seelye in the amount of $500.00 and $22.94 for costs to be paid as an administrative expense through the Plan.

DATED MAR 1 8 2009

PAUL B. SNYDER
United States Bankruptcy Judge

Presented by:

/s/ Ellen Ann Brown

SUSAN H. SEELYE WSB#28825
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)

ORDER MODIFYING CHAPTER 13 PLAN
PAGE 1