**THE HONORABLE PAUL B. SNYDER**
**CHAPTER 13**
**HEARING DATE: September 9, 2009**
**HEARING TIME: 1:00 p.m.**
**LOCATION: Tacoma, Washington**
**RESPONSE DATE: September 2, 2009**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: ) | NO. 07-40277 |
|     JOHN ALEXANDER ) | |
| ) | NOTICE AND MOTION FOR |
| ) | DISMISSAL PURSUANT TO 11 U.S.C., |
|           Debtors. ) | SECTION 1307(c) |

### NOTICE

You and each of you are hereby notified that the undersigned will bring on for hearing before the Bankruptcy Judge of the above entitled Court, 1717 Pacific Ave., Room H, Tacoma, Washington, 98402 on Thursday, September 9, 2009 at 1:00 p.m. an application for dismissal of the above-captioned case. Response required by September 2, 2009.

### MOTION

**COMES NOW** David M. Howe the standing Chapter 13 Trustee and makes this motion as follows:

1) The debtor(s) filed a plan on January 31, 2007, and plan was confirmed on May 10, 2007.
2) The debtors were required to make payments under the plan of **$656.00** per month; that there is now a delinquency of **$1312.00** which has occurred in the last two [2] months.
**3)** That the debtors have otherwise defaulted under the terms of the Plan as follows: 1307(c) (1) unreasonable delay by the debtors that is prejudicial to the creditors; **Failure to remit plan payments.**

**WHEREFORE** the Trustee prays that the debtor's case be dismissed and this case be closed.

**DATED** this 23rd day of July, 2009.

                              /s/ David M. Howe
                              DAVID M. HOWE, Chapter 13 Trustee

```
                                          David M. Howe
                                      Chapter 13 Trustee
                                    1551 Broadway Ste 600
                                       Tacoma, WA  98402
                                         (253) 572-6600
```

Notice and Motion for Dismissal - 1

# CERTIFICATE OF MAILING

I declare under penalty of perjury under the laws of the State of Washington as follows:

I, Karen Gordon, mailed via regular mail a true and correct copy of the Notice and Motion for Dismissal to the following:

| | |
|---|---|
| John Alexander<br>2318 19th St PL SE<br>Puyallup WA 98374 | Brown & Seelye PLLC<br>260 NW Prindle Ave<br>Chehalis WA 98532 |
| McCalla Raymer Et Al<br>1544 Old Alabama Rd<br>Roswell GA 30076-2102 | Ecast Settlement<br>PO Box 7247-6971<br>Philadelphia PA 19170-6971 |

The following parties received Notice and Application for Dismissal via ECF: Brown & Seelye PLLC, attorney for debtor, John Schlotter, Melissa Williams, and the United States Trustee.

Dated at Tacoma, Washington on the 23rd day of July, 2009.

/s/ Karen Gordon
KAREN GORDON

--

David M. Howe
Chapter 13 Trustee
1551 Broadway Ste 600
Tacoma, WA 98402
(253) 572-6600

Notice and Motion for Dismissal - 2