Form ntcdsm (02/2009)

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

John A Alexander

Case Number: 07–40277–PBS
Chapter: 13

Debtor(s).

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **September 11, 2009 for John A Alexander, Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: September 11, 2009

                                        Mark L. Hatcher
                                      Clerk, U.S. Bankruptcy Court

                                      By: Deborah Scearce
                                      Deputy Clerk