FILED

2009 SEP 11 PM 12: 21

U.S. BANKRUPTCY COURT
W.D. OF WA AT TACOMA
BY_____ CLK.

THE HONORABLE PAUL B. SNYDER
CHAPTER 13
HEARING DATE: September 9, 2009
HEARING TIME: 1:00 P.M.
LOCATION: Tacoma, Washington

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

JOHN ALEXANDER ) NO: 07-40277
)
) ORDER DISMISSING CHAPTER 13 CASE
)
_____Debtors._____ )

**THIS MATTER** having come on regularly for hearing before the Court by the Trustee's application for dismissal, due notice of hearing having been given to the Debtor(s) and the attorney for the Debtor(s); and the Court finding and concluding that the Debtor(s) failed on one or more particulars to comply with the provisions of Section 1322 of the Bankruptcy Code, IT IS HEREBY

**ORDERED, ADJUDGED and DECREED** that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the Debtor(s); and it is further

**ORDERED, ADJUDGED and DECREED** that the above-captioned case be dismissed effective on the date of this Order and that the Trustee is directed to administratively close this case and issue Trustee's Final Report to creditors.

**DATED** this __11__ day of September, 2009.

PAUL B. SNYDER
U.S. Bankruptcy Judge

Presented by:

/s/David M. Howe
DAVID M. HOWE, Chapter 13 Trustee

David M. Howe
Chapter 13 Trustee
1551 Broadway Ste 600
Tacoma, WA 98402
(253) 572-6600

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Sep 13, 2009.
db          +John A Alexander,   2318 19th St Pl SE,   Puyallup, WA 98374-1461

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2009**                    **Signature:**    _Joseph Speetjens_